## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Chamberlain Holme Owners Association, | Case No. 19-cv-2050 (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Carl Green, et al., | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated October 4, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Chamberlain's motion to remand [Docket No. 4] is granted. This matter is remanded to Washington County District Court in the Tenth Judicial District in the state of Minnesota.

2. Chamberlain Home Owners Association is awarded fees and costs pursuant to 28 U.S.C. § 1447(c) in an amount to be determined based upon appropriate submission.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 25, 2019

                                               <u>s/Susan Richard Nelson</u>
                                               SUSAN RICHARD NELSON
                                               United States District Judge